IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS   FILED

1st DIVISION ~~DIVISION~~

2013 FEB 11 PM 3 57

RHONDA WHARTON, CLERK

LA VENIA BELL-BILLINGS                                                              PLAINTIFF

VS.                            CASE NO. CV- 23  13-144.            BY _____ OC

USAA LIFE INSURANCE COMPANY                                              DEFENDANT

## COMPLAINT

Comes now the Plaintiff, La Venia Bell-Billings, by and through her attorney, Marcus Vaden, P.A., and for her Complaint against Defendant states:

1. Plaintiff, La Venia Bell-Billings, is a resident of Faulkner County, Arkansas and the wife of Larry Billings, who died in Faulkner County, Arkansas on October 29, 2012.

2. Defendant, USAA Life Insurance Company, is an out-of-state insurance company licensed to do business in the State of Arkansas.

3. This Court has proper jurisdiction over the parties and subject matter herein. Venue is proper with this Court.

## FACTS

4. In March of 2012, Larry Billings (herein referred to as the Insured) contracted with Defendant for a life insurance policy. As a result of that agreement, Defendant issued a life insurance policy, Policy No. USAA #030211763, Contract No. M291737843, to the insured in Faulkner County, Arkansas. That policy had a death benefit of $250,000.00.

5. In the above referenced policy, the Insured named his wife, La Venia Bell-Billings, as the sole beneficiary under the policy.

6. On October 29, 2012, the Insured was killed in Faulkner County, Arkansas by an

1

unknown assailant. Law enforcement has investigated the case, yet no one has been criminally charged for the Insured's death.

7. Plaintiff completed a beneficiary claim form and sent it to Defendant on November 9, 2012 and Defendant received that form on November 10, 2012. In addition, at Defendant's request, on November 9, 2012, Plaintiff submitted the Insured's death certificate, a completed claimant's statement, a completed HIPPA authorization form and a Faulkner County Sheriff's office incident report relating to the Insured's death.

8. On November 13, 2012, Plaintiff was appointed Administratrix of the Insured's estate and Defendant was notified of the appointment on November 26, 2012.

9. Plaintiff has complied with all the requests of Defendant for information and has cooperated with Defendant and law enforcement.

10. It has now been 105 days since the Insured died, yet Defendant still refuses to pay pursuant to its obligations under the above referenced policy/contract and that refusal constitutes a breach of the contract and provisions of the policy.

11. Despite Plaintiff's cooperation and compliance, Defendant refuses to issue payment to Plaintiff as required by USAA Policy No. 030211763, Contract No. M291737843.

12. As a result of Defendant's breach, Plaintiff has sustained damage in the amount of $250,000.00.

13. Plaintiff requests that she be awarded judgment in that amount, along with

2

prejudgment and post judgment interest.

14. In addition, Plaintiff requests this Court award her damages of 12% penalty along with attorney's fees and costs pursuant to A.C.A. § 23-79-208.

15. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff prays that this Honorable Court grant her judgment against the Defendant for its breach in refusing to pay death benefits pursuant to USAA Policy No. 030211763, Contract No. M291737843; that she be awarded judgment in the amount of $250,000.00; that she be awarded prejudgment and post judgment interest; that she be awarded an additional 12% in damages, as well as attorney's fees and costs pursuant to A.C.A. § 23-79-208 and that she be awarded all other just and proper relief to which she may be entitled.

Respectfully submitted,

MARCUS VADEN, P.A.
P. O. BOX 203
827 PARKWAY STREET, SUITE C
CONWAY, ARKANSAS 72033
(501) 329-8723

BY: _____
Marcus Vaden (89126)