**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LA VENIA BELL-BILLINGS**                                                       **PLAINTIFF**

v.                       **CASE NO. 4:13-cv-140 BSM**

**USAA LIFE INSURANCE COMPANY**                                 **DEFENDANT**

## MOTION FOR EXTENSION OF TIME

Defendant USAA Life Insurance Company ("USAA"), through undersigned counsel, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Unopposed Motion for Extension of Time, states:

1. Plaintiff's Complaint was filed in Faulkner County Circuit Court on February 11, 2013.

2. Defendant was served on February 14, 2013.

3. Defendant removed the case to this Court on March 14, 2013.

4. The time in which Defendant is to answer or otherwise respond to Plaintiff's Complaint has not expired.

5. Defendant respectfully requests an extension up to and including March 26, 2013, in which to answer, move or otherwise respond to Plaintiff's Complaint.

6. Counsel for Defendant attempted to contact Plaintiff's counsel, Marcus Vaden, and was advised that he is in court and unavailable until the end of the day today.

WHEREFORE, Defendant prays that the Court grant it up to and including March 26, 2013, in which to file a answer, move or other respond to Plaintiff's Complaint, and for all other relief to which it may be entitled.

Respectfully submitted,

**/s/ Lyn P. Pruitt**
Ark. Bar No. 84121
Adria W. Conklin
Ark. Bar No. 2011019
MITCHELL, WILLIAMS, SELIG, GATES
  & WOODYARD P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: (501) 688-8869
Facsimile: (501) 918-7869
*lpruitt@mwlaw.com*
*aconklin@mwlaw.com*

*Attorneys for Defendant USAA Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed the document by United States Postal Service to the following non CM/ECF participants:

Marcus Vaden
Marcus Vaden, P.A.
P.O. Box 203
827 Parkway St., Suite C
Conway, AR  72033

**/s/ Lyn P. Pruitt**